UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br>2025 Guadalupe Street, Suite 260<br>Austin, Texas 78705<br><br>                      Plaintiff,<br>   -against-<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>c/o General Counsel<br>725 17th Street, N.W.<br>Washington, DC 20503<br><br>                      Defendant. | Civil Action No. 1:24-cv-1057 |

## COMPLAINT

Plaintiff Informed Consent Action Network ("**ICAN**" or "**Plaintiff**") brings this action against defendant Office of Management and Budget ("**OMB**" or "**Defendant**") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("**FOIA**"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant 5 U.S.C. § 522(a)(4)(B) and 28 U.S.C. § 1331.

### PARTIES

3. Plaintiff ICAN is a not-for-profit organization formed and existing under the laws of the state of Texas with its principal office located at 2025 Guadalupe Street, Suite 260, Austin, Texas 78705. Plaintiff is in good standing with the Texas Secretary of State.

1

4. Defendant OMB is an executive department agency within the Executive Branch of the United States Government. OMB is an agency within the meaning of 5 U.S.C. § 552(f). OMB has possession, custody, and control of records to which Plaintiff seeks access.

5. Defendant HHS is an agency within the Executive Branch of the United States Government. HHS is an agency within the meaning of 5 U.S.C. § 552(f) and has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

6. On July 30, 2021, Plaintiff sent a FOIA request to OMB seeking copies of the following records:

> (1) All emails sent or received on or after January 1, 2020, from any person at the Office of Management and Budget that include the terms "@facebook.com" and "misinformation" in any portion of an email address in the to, from, cc, and/or bcc fields.
>
> (2) All emails sent or received on or after January 1, 2020, from any person at the Office of Management and Budget that include the terms "@youtube.com" and "misinformation" in any portion of an email address in the to, from, cc, and/or bcc fields.

(**Exhibit 1**.)

7. Defendant OMB acknowledged Plaintiff's FOIA request on August 2, 2021, and the request was assigned number 2021-400. (**Exhibit 2**.)

8. On March 15, 2022, Plaintiff requested the estimated date of completion. (**Exhibit 3**.)

9. As of the date of this Complaint, Defendant has failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination other than denial of expedited processing; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

## COUNT I
## FAILURE TO MAKE DETERMINATION BY REQUIRED DEADLINE
## (VIOLATION OF FOIA, 5 U.S.C. § 552)

10. Plaintiff realleges the previous paragraphs as if fully stated herein.

11. Defendant is in violation of FOIA.

12. Defendant was required to make a final determination on Plaintiff's request no later than twenty (20) business days from acknowledgement of the request. Because Defendant failed to make a final determination on Plaintiff's request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

13. Plaintiff is being irreparably harmed by reason of Defendant's violation of FOIA and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

14. Plaintiff has no adequate remedy at law.

## COUNT II
## FAILURE TO PROVIDE AN ESTIMATED COMPLETION DATE
## (VIOLATION OF FOIA, 5 U.S.C. § 552)

15. Plaintiff realleges the previous paragraphs as if fully stated herein.

16. Defendant is in violation of FOIA.

17. Despite Plaintiff's request for an estimated date on which the agency would complete its action on the request, the agency never provided one.

## COUNT III
## ENTITLEMENT TO WAIVER OF SEARCH FEES

18. Plaintiff realleges the previous paragraphs as if fully stated herein.

19. Defendant is in violation of FOIA.

20. Plaintiff sought a waiver of fees. Defendant failed, within 20 days, to produce the requested records and otherwise failed to comply with the statutory requirements of 5 U.S.C. § 522 within the time limits set forth therein.

21. Plaintiff is entitled to a waiver of fees pursuant to 5 U.S.C. § 552(a)(4)(A)(viii).

## **REQUESTED RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Declare that Defendant's current and continued delay in processing Plaintiff's FOIA Request is unlawful under FOIA;

b. Order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that IT employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request;

c. Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under any claimed exemption;

d. Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request;

e. Maintain jurisdiction over this action until Defendant complies with FOIA and all orders of this Court;

f. Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E);

g. Grant Plaintiff a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(viii); and

h. Grant Plaintiff such other relief as the Court deems just and proper.

Dated: April 12, 2024                                           SIRI & GLIMSTAD LLP

                                                                   */s/ Allison R. Lucas*
                                                       Allison Lucas, DC Bar No. MI0105
                                                       Elizabeth A. Brehm, DC Bar No. NY0532

                                                       Siri & Glimstad LLP
                                                       220 West Congress Street
                                                       2nd Floor
                                                       Detroit, MI 48226
                                                       Tel: (888) 747-4529
                                                       alucas@sirillp.com
                                                       ebrehm@sirillp.com