# Exhibit 1

# Siri | Glimstad

200 Park Avenue, Seventeenth Floor, New York, NY 10166

sirillp.com    |    P: (212) 532-1091    |    F: (646) 417-5967

**FREEDOM OF INFORMATION ACT REQUEST**

**VIA EMAIL**                                                                                July 30, 2021

Dionne Hardy
725 17th Street NW, Suite 9204
Washington, DC 20503
(202) 395-FOIA
(202) 395-3504 (fax)
Email: OMBFOIA@omb.eop.gov

> *Re:  White House OMB Email Communications with Facebook (IR#0539)*

Dear Ms. Hardy:

This firm represents the Informed Consent Action Network ("ICAN").  On behalf of ICAN, we are requesting records pursuant to the Freedom of Information Act (5 U.S.C. § 552, as amended) ("FOIA").

By this letter, please provide the following records in your possession via email to foia@sirillp.com:

> **(1) All emails sent or received on or after January 1, 2020, from any person at the Office of Management and Budget that include the terms "@facebook.com" and "misinformation" in any portion of an email address in the to, from, cc, and/or bcc fields.**

> **(2) All emails sent or received on or after January 1, 2020, from any person at the Office of Management and Budget that include the terms "@youtube.com" and "misinformation" in any portion of an email address in the to, from, cc, and/or bcc fields.**

We ask that you waive any and all fees or charges pursuant to 5 U.S.C. § 552 (a)(4)(A)(iii). ICAN is a not-for-profit 501(c)(3) organization whose mission is to raise public awareness about vaccine safety and to provide the public with information to give informed consent. As part of their mission, ICAN actively investigates and disseminates information regarding vaccine safety issues, including through their website, and through press events and releases. They are seeking the information in this FOIA request to allow them to contribute to the public understanding of the

government's vaccine safety programs, including the government's efforts to promote vaccine safety. The information we are requesting will not contribute to any commercial activities.

Please note that the FOIA provides that if only portions of a requested file are exempted from release, the remainder must still be released. We therefore request that we be provided with all non-exempt portions which are reasonably segregable. We further request that you describe any deleted or withheld material in detail and specify the statutory basis for the denial as well as your reasons for believing that the alleged statutory justification applies. Please also separately state your reasons for not invoking your discretionary powers to release the requested documents in the public interest. Such statements may help to avoid unnecessary appeal and litigation.  ICAN of course reserves all rights to appeal the withholding or deletion of any information.

Access to the requested records should be granted within twenty (20) business days from the date of your receipt of this letter.  Failure to respond in a timely manner shall be viewed as a denial of this request and ICAN may immediately file an administrative appeal.

If you would like to discuss our requests or any issues raised in this letter, please feel free to contact me at (212) 532-1091 or via email at foia@sirillp.com during normal business hours. Thank you for your time and attention to this matter.

Very truly yours,

/s/ Aaron Siri
Aaron Siri, Esq.