# Exhibit 3

**Annalise Beube**

---

| | |
|---|---|
| **From:** | S&G Information Request Staff |
| **Sent:** | Tuesday, March 15, 2022 3:58 PM |
| **To:** | MBX OMB FOIA |
| **Cc:** | S&G Information Request Staff |
| **Subject:** | RE: FOIA request - IR#0539  OMB FOIA 2021-400 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello,

Could you please provide an estimated date of completion?

Thank you,

Annalise Beube, Law Clerk

# Siri | Glimstad

700 S Flower Street
Suite 1000
Los Angeles, CA 90017
Main: 212-532-1091
Facsimile: 646-417-5967
www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Sent:** Monday, August 2, 2021 12:07 PM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Subject:** RE: FOIA request - IR#0539 OMB FOIA 2021-400

Hello and Good Afternoon:  This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated and received in this office on July 30, 2021.  Your request has been logged in and is being processed.  For your reference, the OMB FOIA number is 2021-400.

Thank you,
Dionne Hardy

---

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Friday, July 30, 2021 11:39 AM
**To:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Subject:** [EXTERNAL] FOIA request - IR#0539

Good morning,

Please see attached FOIA request.

Thank you.


# Siri | Glimstad

200 Park Avenue
Seventeenth Floor
New York, NY 10166
P: 212-532-1091
F: 646-417-5967
>www.sirillp.com<

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.


This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.